# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 2:22-cr-117 (23)
                                                          JUDGE EDMUND A. SARGUS, JR.

v.

ROBERT TINSLEY, III,

    Defendant.

## ORDER

      This matter is before the Court on Defendant Robert Tinsley, III's, Motion for Revocation, Amendment, and/or Reopening Pursuant to 18 U.S.C. § 3142(f) of the Order of Detention of October 18, 2022 ("Motion"). (ECF No. 441.) On May 18, 2023, the parties came before the Court for a hearing on the Motion. For the reasons stated on the record, the Motion is **DENIED**. (ECF No. 441.)

      **IT IS SO ORDERED.**

**5/18/2023**                                                      s/Edmund A. Sargus, Jr.
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**